IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ADAM C. BROCK**                                                                                        **PLAINTIFF**

**VS.**                                                                             **CIVIL ACTION NO.:**
                                                                                            **3:14cv00465(WHB)(RHW)**

**VALLEY SERVICES, INC.**                                             **DEFENDANT**

## UNOPPOSED MOTION FOR EXTENSION OF TIME

      COMES NOW Defendant Valley Services, Inc. ("Defendant"), and moves the Court for an extension of time by which to answer or otherwise plead to the Plaintiff's Complaint. In support of this Motion, the Defendant would show unto the Court as follows:

      1.     Defendant was served with this lawsuit on or about July 3, 2014, thereby making a response due on or about July 23, 2014.

      2.     Due to prior obligations and time constraints, Defendant cannot prepare a response within the time required by law.

      3,     Defendant requests a two week extension of time by which to answer or otherwise plead to Plaintiff's Complaint, thereby making a response due on or before August 6, 2014

      4.     Plaintiff's Counsel has been contacted and states he has no objection to this extension of time.

      5.     This Motion is not being made for the purpose of delay and the Plaintiff will not be prejudiced by such an extension.

      WHEREFORE, PREMISES CONSIDERED, Defendant requests an extension of time by which to answer or otherwise plead to Plaintiff's Complaint until August 6, 2014

THIS the 17th day of July, 2014.

                    Respectfully submitted,

                    PHELPS DUNBAR LLP


                    BY:   */s/ Saundra Strong*
                          W. Thomas Siler, Jr., MB #6791
                          Saundra Strong, MB #101164
                          4270 I-55 North
                          Jackson, Mississippi 39211-6391
                          Post Office Box 16114
                          Jackson, Mississippi  39236-6114
                          Telephone: 601-352-2300
                          Telecopier: 601-360-9777
                          Email:  silert@phelps.com
                                  strongs@phelps.com

                    ATTORNEYS FOR VALLEY SERVICES, INC.,
                    DEFENDANT

**CERTIFICATE OF SERVICE**

I, SAUNDRA STRONG, the undersigned attorney for VALLEY SERVICES, INC., do hereby certify that I have this date electronically filed the foregoing ***MOTION FOR EXTENSION OF TIME*** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Louis H. Watson, Jr., Esquire
> Nick Norris, Esquire
> WATSON & NORRIS, PLLC
> 1880 Lakeland Drive, Suite G
> Jackson, Mississippi  39216-4972
> Telephone:  (601) 968-0000
> louis@watsonnorris.com
> nick@watsonnorris.com

SO CERTIFIED, this the 17th day of July, 2014.

> */s/ Saundra Strong*
> SAUNDRA STRONG