AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Northern Division

| | |
|---|---|
| ADAM C. BROCK ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  3:14-cv-00465-WHB-RHW |
| VALLEY SERVICES, INC. ) | |
| *Defendant* ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Valley Services, Inc.


Date:    7/17/14

*/s/ W. Thomas Siler, Jr.*

*Attorney's Signature*

W. THOMAS SILER, JR., MB #6791

*Printed name and bar number*

4270 I-55 North
Jackson, Mississippi 39211-6391

*Address*

silert@phelps.com

*E-mail address*

(601) 352-2300

*Telephone number*

601-360-9777

*FAX number*

## **CERTIFICATE OF SERVICE**

I, W. THOMAS SILER, JR., do hereby certify that I have this date electronically filed the above and foregoing *NOTICE OF ENTRY OF APPEARANCE OF COUNSEL* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Louis H. Watson, Jr., Esquire
Nick Norris, Esquire
WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi  39216-4972
Telephone:  (601) 968-0000
louis@watsonnorris.com
nick@watsonnorris.com

*ATTORNEYS FOR PLAINTIFF*

THIS, the 17th day of July, 2014.

*/s/ W. Thomas Siler, Jr.*
W. THOMAS SILER, JR.

PD.11894097.1