IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ADAM C. BROCK**                                                                         **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO.: 3:14-cv-00465(WHB)(RHW)**

**VALLEY SERVICES, INC.**                                       **DEFENDANT**

## **UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Valley Services, Inc. ("Defendant"), and moves the Court for an extension of time by which to answer or otherwise plead to the Plaintiff's Complaint. In support of this Motion, the Defendant would show unto the Court as follows:

1. Defendant was served with this lawsuit on or about July 3, 2014, thereby making a response due on or about July 23, 2014. The Court later extended that deadline to August 6, 2014.

2. Due to prior obligations and time constraints, Defendant cannot prepare a response within the time required by law.

3, Defendant requests a two week extension of time by which to answer or otherwise plead to Plaintiff's Complaint, thereby making a response due on or before August 20, 2014

4. Plaintiff's counsel has been contacted and states he has no objection to this extension of time.

5. This Motion is not being made for the purpose of delay and the Plaintiff will not be prejudiced by such an extension.

WHEREFORE, PREMISES CONSIDERED, Defendant requests an extension of time by which to answer or otherwise plead to Plaintiff's Complaint until August 20, 2014

PD.11888965.1

THIS, the 6th day of August, 2014.

    Respectfully submitted,

    PHELPS DUNBAR LLP


    BY:  */s/ Saundra Strong*
        W. Thomas Siler, Jr., MB #6791
        Saundra Strong, MB #101164
        4270 I-55 North
        Jackson, Mississippi 39211-6391
        Post Office Box 16114
        Jackson, Mississippi 39236-6114
        Telephone: 601-352-2300
        Telecopier: 601-360-9777
        Email: silert@phelps.com
                strongs@phelps.com

    ATTORNEYS FOR VALLEY SERVICES, INC.,
    DEFENDANT

**CERTIFICATE OF SERVICE**

  I, SAUNDRA STRONG, the undersigned attorney for VALLEY SERVICES, INC., do hereby certify that I have this date electronically filed the foregoing ***UNOPPOSED MOTION FOR EXTENSION OF TIME*** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

  Louis H. Watson, Jr., Esquire
  Nick Norris, Esquire
  WATSON & NORRIS, PLLC
  1880 Lakeland Drive, Suite G
  Jackson, Mississippi  39216-4972
  Telephone:  (601) 968-0000
  louis@watsonnorris.com
  nick@watsonnorris.com

  SO CERTIFIED, this the 6th day of August, 2014.


              */s/ Saundra Strong*
              SAUNDRA STRONG