UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ADAM C. BROCK     PLAINTIFF

v.     CIVIL ACTION
NO. 3:14-cv-465-WHB-RHW

VALLEY SERVICES, INC.     DEFENDANT

# CASE MANAGEMENT ORDER

This Order, including all deadlines, has been established with the participation of all parties and can be modified only by order of the Court on a showing of good cause supported with affidavits, other evidentiary materials, or reference to portions of the record.

**IT IS HEREBY ORDERED:**

1. **ESTIMATED DAYS OF TRIAL:**     4 days

   **ESTIMATED TOTAL NUMBER OF WITNESSES:**     10 to 15

   **EXPERT TESTIMONY EXPECTED:** No

2. **ALTERNATIVE DISPUTE RESOLUTION [ADR].**

   At the time this Case Management Order is offered it does not appear that alternative dispute resolution techniques will be used in this civil action.

   Additional Information:

3. **CONSENT TO TRIAL BY UNITED STATES MAGISTRATE JUDGE.**

   The parties do not consent to trial by a United States Magistrate Judge.

4. **DISCLOSURE.**

   The following additional disclosure is needed and is hereby ordered:

   The Defendant will submit its initial disclosures no later than November 26, 2014.

5. **MOTIONS; ISSUE BIFURCATION.**

   Staged resolution, or bifurcation of the issues for trial in accordance with FED. R. CIV. P. 42(b) will not assist in the prompt resolution of this action.

   Statement Not Applicable.

6. **DISCOVERY PROVISIONS AND LIMITATIONS.**

   A.   Interrogatories are limited to  25    succinct questions.

   B.   Requests for Production and Requests for Admissions are limited to

        25    succinct questions.

   C.   Depositions are limited to the parties, experts, and no more than

        5    fact witness depositions per party without additional approval of the Court.

**D.**   The parties have complied with the requirements of Local Rule 26(e)(2)(B) regarding discovery of electronically stored information and have concluded as follows [The parties MUST state whether or not there is ESI and, if so, how they propose to address it]:

The parties may conduct electronic discovery.  For any discoverable e-mail communications, counsel will confer and attempt to agree on search terms.  For any discoverable e-mail communications, the parties will produce such communications via PDF or hard copy format.  In the event that any privileged information is inadvertently disclosed through electronic discovery, the parties agree that the privilege is not waived.

**E.**   The court imposes the following further discovery provisions or limitations:

☐ 1. Defendant may have a Fed. R. Civ. P. 35 (L.U.Civ.R. 35) medical examination of the plaintiff (within subpoena range of the court) by a physician who has not examined the plaintiff.  The examination must be completed in time to comply with expert designation deadlines.

☑ 2. Pursuant to Rule 502(d) of the Federal Rules of Evidence, the attorney-client privilege and the work-product protections are not waived by any disclosure connected within this litigation pending before this Court.  Further, the disclosures are not waived in any other federal or state proceeding.

☐ 3. Plaintiff must execute a waiver of the medical privilege.

☐ 4. Other:

FORM 1 (ND/SD MISS. JUL. 2011)

    Additional Provisions:

7. **SCHEDULING DEADLINES**

   A. **Trial.** This action is set for  JURY TRIAL

   beginning on:  October 5, 2015 , at  9:00 ,  a.m. , in  Jackson  ,

   Mississippi, before United States  District  Judge  William H. Barbour, Jr.  . THE

   ESTIMATED NUMBER OF DAYS FOR TRIAL IS  4 . ANY CONFLICTS WITH

   THIS TRIAL DATE MUST BE SUBMITTED IN WRITING TO THE TRIAL JUDGE

   IMMEDIATELY UPON RECEIPT OF THIS CASE MANAGEMENT ORDER.

   B. **Pretrial.** The pretrial conference is set on:  September 11, 2015 , at  9:00 ,  a.m. ,

   in  Jackson , Mississippi, before United States  District

   Judge William H. Barbour, Jr. .

   C. **Discovery.** All discovery must be completed by:  May 1, 2015 .

   D. **Amendments.** Motions for joinder of parties or amendments to the pleadings must be

   filed by:  December 15, 2014 .

   E. **Experts.** The parties' experts must be designated by the following dates:

      1. Plaintiff(s):   January 12, 2015 .

      2. Defendant(s):   February 12, 2015 .

FORM 1 (ND/SD MISS. JUL. 2011)

8. **MOTIONS.** All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by: May 15, 2015      . The deadline for motions *in limine* is fourteen days before the pretrial conference; the deadline for responses is seven days before the pretrial conference.

9. **SETTLEMENT CONFERENCE.**

    A SETTLEMENT CONFERENCE is set on: July 20, 2015     , at 2:00   , p.m.   in   Jackson   , Mississippi, before United States Magistrate    Judge   Robert H. Walker   .

    Seven (7) days before the settlement conference, the parties must submit via e-mail to the magistrate judge's chambers an updated CONFIDENTIAL SETTLEMENT MEMORANDUM. All parties are required to be present at the conference unless excused by the Court. If a party believes the scheduled settlement conference would not be productive and should be cancelled, the party is directed to inform the Court via e-mail of the grounds for their belief at least seven (7) days prior to the conference.

10. **REPORT REGARDING ADR.** On or before (7 days before FPTC) September 4, 2015      , the parties must report to the undersigned all ADR efforts they have undertaken to comply with the Local Rules or provide sufficient facts to support a finding of just cause for failure to comply. *See L.U.Civ.R.83.7(f)(3)*.

**SO ORDERED:**

November 13, 2014              /s/ Robert H. Walker
DATE                           UNITED STATES MAGISTRATE JUDGE